# United States District Court
# For The Western District of North Carolina
# Statesville Division

BILLIE MOORE,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                CASE NO. 5:08CV85

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 4, 2010, Order.

                                              Signed: October 5, 2010

Frank G. Johns, Clerk
United States District Court